# Exhibit A

**ILLINOIS STATE BOARD OF EDUCATION**
**IMPARTIAL DUE PROCESS HEARING**

HP,

    Student,

v.

City of Chicago SD 299,

    School District.

Case No: 2017-0370

Janet K. Maxwell-Wickett,
Impartial Hearing Officer

## **STATUS CALL ORDER**

On April 28, 2017, an initial status conference was scheduled in the above matter to discuss the status of resolution/mediation. Participating in the conference were: Parent's counsel and District counsel.

The parties advised that they intend to participate in a resolution session on May 5th.

Therefore, a follow up **Status Conference** will be held on **May 5th at 3:00 p.m.** to discuss the status of settlement after the conclusion of the resolution session. If the parties are unable to resolve the outstanding issues, prehearing conference and due process hearing dates will be set at that time.

Prior to the initial status conference, Parent's counsel requested via email that this Hearing Officer provide her ruling regarding jurisdiction over Description of the Nature of the Problem #6 contained in Parent's DPCN. Issue #6 alleges that the District failed to provide all LEP parent who speak Spanish in the District with qualified interpreters at special education meetings and translation of key special education documents so that they can meaningfully participate in the educational planning process of their children with disabilities from April 5, 2015 to the present. Proposed Resolution #7 -8 in Parent's DPCN request this Hearing Officer grant relief to all LEP Parents who speak Spanish with children with disabilities. The District maintains that this Hearing Officer does not have the requisite jurisdiction to adjudicate this issue pursuant to IDEA.

Via email dated April 25th, this Hearing Officer indicated that she was inclined to agree with District counsel. It is this Hearing Officer's understanding that she has jurisdiction to adjudicate the issue and award the requested relief, as it pertains to this Student, HP, and his Parents. However, she invited the Parents to provide legal authority to support their position and

the District an opportunity to respond.  Parents indicated they there were not aware of any legal authority under the IDEA which would entitle them to adjudication of issue #6 and the corresponding relief sought.  Based upon this Hearing Officer's understanding of IDEA and Parents' inability to provide any legal authority to the contrary, it is the determination of this Hearing Officer that she does not possess the requisite jurisdiction under IDEA to adjudicate issue #6 or to award the relief sought in proposed resolution #7-8.  Therefore, Issue #6 and Proposed Resolution #7-8 are hereby stricken from Parents' DPCN as they pertain to all LEP Parents of children with disabilities who speak Spanish in the District.

      The parties are requested to advise this Hearing Officer immediately should there be any change to the status of this matter.

IT IS SO ORDERED.

Entered:  May 2, 2017                                             /s/:     Janet K. Maxwell-Wickett
                                                                       Janet K. Maxwell-Wickett, Hearing Officer
                                                                       350 S. Northwest Highway, Suite 300
                                                                       Park Ridge, IL  60068
                                                                       Phone:  (847) 430-3789
                                                                       Fax:  (847) 305-5897
                                                                       Email: janet@maxwellwickettlaw.com