## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

H. P., et al.

                                              Plaintiff,

v.                                                                            Case No.: 1:18−cv−00621
                                                                           Honorable Sara L. Ellis

Board Of Education Of The City Of Chicago, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2021:

      MINUTE entry before the Honorable Maria Valdez: Settlement conference held on 7/15/21. The parties reached a general agreement on the outstanding items noted in the Parties' Term Sheet. The parties are to finalize the Term Sheet and to continue discussing the remaining issues. If the parties require any additional court assistance, they are to file a joint status report requesting assistance. The Court is mindful that the remaining issues may take time to review and resolve. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.