IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| H.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 CV 621 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| BOARD OF EDUCATION OF THE | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS CLAIMS AGAINST THE STATE DEFENDANTS

NOW COME Plaintiffs J.B., Miriam B., Rosalba C., Asencion G., G.G., Victoria G., Aixia H., Mireya L., O.L., R.L., Xi Long L., J.M., H.P., Hector P., Izabela P., M.P., Carlos V., and E.V. ("Plaintiffs"), by their attorneys, Kirkland & Ellis LLP and Equip for Equality, and Defendants the Illinois State Board of Education and Dr. Carmen Ayala, in her official capacity as State Superintendent of Education (the "State Defendants"), by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of all claims against the State Defendants with prejudice. Plaintiff and the State Defendants agree as follows:

1. All claims against the State Defendants shall be dismissed, initially without prejudice. On February 3, 2025, the dismissal will automatically convert to a dismissal with prejudice without further action by the Court.

2. Other than as contractually agreed, each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

| | |
|---|---|
| /s/ Donna Welch | /s/ Sarah H. Newman (w/ permission) |
| Donna Welch | Sarah H. Newman |
| Attorney for Plaintiffs | Assistant Attorney General |
| Kirkland & Ellis LLP | Attorney for the State Defendants |
| 300 North LaSalle | 100 West Randolph Street, 13th Floor |
| Chicago, Illinois 60654 | Chicago, Illinois 60601 |
| (312) 862-2425 | (312) 814-6131 |
| donna.welch@kirkland.com | sarah.newman@ilag.gov |
| Date: February 4, 2022 | Date: February 4, 2022 |

## **CERTIFICATE OF SERVICE**

  This is to certify that, on February 4, 2022, a true and correct copy of the Stipulation to Dismiss Claims Against the State Defendants was served on all parties having made appearances in this matter via the Court's ECF Notification System.

*/s/ Donna Welch*
Donna Welch
