# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| H.P. et al., | )<br>) |
| Plaintiffs, | )<br>) Case No. 1:18-cv-00621<br>) |
| v. | ) Hon. Judge Sara Ellis<br>) Hon. Magistrate Judge Maria Valdez |
| Board of Education of the City of Chicago, et al., | )<br>)<br>) |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's January 14, 2022 Order (Doc. No. 143), the Parties submit the following Joint Status Report in advance of the scheduled April 12, 2022 status conference before Judge Ellis:

1. Plaintiffs and Defendant Illinois State Board of Education ("ISBE") executed a settlement agreement contemplating dismissal of all claims against ISBE and filed a stipulation of dismissal on February 4, 2022 (Doc. No. 147).

2. Plaintiffs and Defendant Chicago Public Schools ("CPS") have agreed on attorneys' fees and are actively finalizing the settlement agreement to dismiss all claims.

3. The parties expect to finalize the settlement agreement and file a stipulation of dismissal before the April 12 status conference.

| | |
|---|---|
| April 5, 2022 | Respectfully submitted, |

/s/ *Grant Jones*
Donna M. Welch, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2421
Fax: (312) 862-2200
donna.welch@kirkland.com

J. Grant Jones II (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
609 Main St., Suite 4500
Houston, Texas 77002
Tel: (713) 835-3600
Fax: (713) 835-3601
Email: grant.jones@kirkland.com

Olga Pribyl
Barry Taylor
Margo Weinstein
**EQUIP FOR EQUALITY, INC.**
20 N Michigan, Suite 300
Chicago, IL 60602
(312) 341-0022
Olga@equipforequality.org
BarryT@equipforequality.org
margow@equipforequality.org

*Attorneys for Plaintiffs*

/s/ *Nicki B. Bazer* (with permission)
Nicki B. Bazer (nbb@franczek.com)
Michael A. Warner, Jr. (maw@franczek.com)
Jennifer A. Smith (jas@franczek.com)
**FRANCZEK RADELET P.C.**
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300

*Attorneys for Defendant CPS*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5, 2022, I caused a true and correct copy of the foregoing document to be filed through the Court's Electronic Case Filing system, which will send notification to all counsel of record.

/s/ *Grant Jones*
Grant Jones