IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| H.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 CV 621 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS CLAIMS AGAINST THE CPS DEFENDANTS**

NOW COME Plaintiffs J.B., Miriam B., Rosalba C., Asencion G., G.G., Victoria G., Aixia H., Mireya L., O.L., R.L., Xi Long L., J.M., H.P., Hector P., Izabela P., M.P., Carlos V., and E.V. ("Plaintiffs"), by their attorneys, Kirkland & Ellis LLP and Equip for Equality, and Defendants the Board of Education of the City of Chicago ("CPS") and the Chief Executive Officer of CPS (the "CPS Defendants"), by their attorneys, Franczek P.C., and hereby stipulate to the dismissal of all claims against the CPS Defendants with prejudice. Plaintiff and the CPS Defendants agree as follows:

1. All claims against the CPS Defendants shall be dismissed, initially without prejudice. On May 24, 2025, the dismissal will automatically convert to a dismissal with prejudice without further action by the Court.

2. Other than as contractually agreed, each party shall bear their own attorney's fees, costs, and expenses.

AGREED:


__/s/ Donna Welch_____             _/s/ Michael Warner_ (w/ permission)_
Donna Welch                                           Michael Warner
Attorney for Plaintiffs                    Attorney for the CPS Defendants
Kirkland & Ellis LLP                      Franczek P.C.
300 North LaSalle                         300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60654                 Chicago, Illinois 60606
(312) 862-2425                              (312) 986-9192
donna.welch@kirkland.com           maw@franczek.com

Date: ___June 14, 2022___              Date: ___June 14, 2022___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2022, I caused a true and correct copy of the foregoing document to be filed through the Court's Electronic Case Filing system, which will send notification to all counsel of record.

/s/ *Donna Welch*